**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
MAY 08 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                             DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EDSON SOLIS-VALDOVINOS (17), <br><br> Defendant. | CASE NO. 13CR0789-CAB <br><br> **JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictments:

1, 1s) 21:841(a)(1)and 846; 21:853 and 18:982 - Conspiracy to Distribute Methamphetamine and Cocaine; Criminal Forfeiture and

5, 5s) 21:841(a)(1) and 18:2; 21:853 and 18:982 - Possession of Methamphetamine with Intent to Distribute and Aiding and Abetting; Criminal Forfeiture

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 8, 2015

Cathy Ann Bencivengo
U.S. District Judge